

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00414-CR

The **STATE** of Texas,
Appellant

v.

Matthew David **AVANS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR121253
Honorable Spencer W. Brown, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED August 13, 2014.

_____
Rebeca C. Martinez, Justice